ACCEPTED
15-24-00051-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/16/2025 10:58 AM
CHRISTOPHER A. PRINE
CLERK

Case No. 15-24-00051-CV

In the Fifteenth Court of Appeals of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/16/2025 10:58:04 AM
CHRISTOPHER A. PRINE
Clerk

# CROWLEY INDEPENDENT SCHOOL DISTRICT
*Appellant,*

v.

# CARL STONEHAM AND MIKE MORATH, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF EDUCATION OF TEXAS,
*Appellees.*

On Appeal from the 48th District Court of Tarrant County, Texas
The Honorable Chris Taylor, Presiding

## APPELLEE MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION'S MOTION TO EXTEND TIME TO RESPOND TO CROWLEY ISD'S MOTION FOR REHEARING

The Texas Commissioner of Education asks the Court to extend time to file the response to Crowley Independent School District's motion for rehearing.

## Introduction

1. Appellant is Crowley Independent School District.

2. Appellees are Mr. Carl Stoneham, a teacher, and Mike Morath, the Texas Commissioner of Education.

3. There is no specific deadline in the Texas Rules of Appellate Procedure to file a motion to extend time for a response to a motion for rehearing. The deadline to respond set by the Court was January 16, 2025.

4. Counsel for Carl Stoneham and Crowley ISD are both unopposed to this motion.

## Argument & Authorities

5. The Court may grant an extension in time under Texas Rule of Appellate Procedure Rule 10.5(b).

6. Crowley ISD filed its motion for rehearing on December 27, 2024. By letter on January 2, 2025, the Court requested the Commissioner's response by January 16, 2025.

7. The Court granted Crowley ISD one motion to extend the time to file the motion for rehearing. The Court has not granted any motions to extend time for a response.

8. The Commissioner needs more time to adequately address the complex issues surrounding sovereign immunity raised in Crowley ISD's motion. The Commissioner has an interest in both protecting the sovereign immunity of school districts in Texas and in ensuring Texas

teachers have a clear forum in which to seek a decision about the teacher's rights.

9.      The Commissioner requests an additional seven business days to file his brief, extending the due date to January 28, 2025.

## Conclusion & Prayer

10.      The Commissioner requests more time to adequately address the sovereign immunity issues raised by Crowley ISD. For this reason, the Commissioner requests an extension in time to respond until January 28, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil
Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

Martin Cohick
State Bar No. 24134042
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL OF
TEXAS
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1317
martin.cohick@oag.texas.gov

ATTORNEYS FOR APPELLEE MIKE MORATH,
IN HIS OFFICIAL CAPACITY AS
COMMISSIONER OF EDUCATION OF TEXAS

## CERTIFICATE OF CONFERENCE

I certify that on January 16, 2025, by email and telephone, I received confirmation from the attorneys for Crowley Independent School District and Mr. Carl Stoneham that they are unopposed to this motion.

Martin Cohick
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that on January 16, 2025, a true and correct copy of the above and forgoing document has been served to the following party of record via electronic service and/or electronic mail:

David J. Campbell
State Bar No. 24057033
O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, Texas 78701
Tel: (512) 494-9949
dcampbell@808west.com

ATTORNEY FOR APPELLANT
CROWLEY ISD

Giana Ortiz
State Bar No. 15323100
Daniel A. Ortiz
State Bar No. 24053824
The Ortiz Law Firm
1304 West Abram St., Ste 100
Arlington, Texas 76013
Tel: (817) 861-7984
gortiz@ortizlawtx.com
dortiz@ortizlawtx.com

ATTORNEYS FOR APPELLEE,
CARL STONEHAM

Martin Cohick
Assistant Attorney General

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jennifer Foster on behalf of Martin Cohick
Bar No. 24134042
jennifer.foster@oag.texas.gov
Envelope ID: 96297090
Filing Code Description: Motion
Filing Description: Motion to Extend Time
Status as of 1/16/2025 11:27 AM CST

Associated Case Party: Crowley Independent School District

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David Campbell | | dcampbell@808west.com | 1/16/2025 10:58:04 AM | SENT |
| Kathryn French | | kfrench@808west.com | 1/16/2025 10:58:04 AM | SENT |

Associated Case Party: Mike Morath

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 1/16/2025 10:58:04 AM | SENT |
| Elizabeth Chipelo | | elizabeth.chipelo@oag.texas.gov | 1/16/2025 10:58:04 AM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 1/16/2025 10:58:04 AM | SENT |
| Martin Cohick | | Martin.cohick@oag.texas.gov | 1/16/2025 10:58:04 AM | SENT |

Associated Case Party: Carl Stoneham

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Daniel Ortiz | | dortiz@ortizlawtx.com | 1/16/2025 10:58:04 AM | SENT |
| Giana Ortiz | | gortiz@ortizlawtx.com | 1/16/2025 10:58:04 AM | SENT |